NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with

Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted December 29, 2009*
Decided December 30, 2009

Before

FRANK H. EASTERBROOK, *Chief Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| **No**. 09-1957 | Appeal from the United States District Court for the Northern District of Illinois, Western Division. |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | |
| **v.** | No. 07 CR 50036 Frederick J. Kapala, *Judge.* |
| SCOTT NJOS, *Defendant-Appellant.* | |

**Order**

The judgment of the district court is vacated, and the case is remanded with instructions to reconsider in light of the position taken in the United States' brief.

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R. App. P. 34(a); Cir. R. 34(f).